\_\_\_\_ FILED   \_\_\_\_ ENTERED
\_\_\_\_ LODGED  \_\_\_\_ RECEIVED

Magistrate Judge Brian A. Tsuchida

OCT 15 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PLAMEN VLADIMIROV TRIFONOV <br><br> Defendant. | NO.  MJ13-480 <br><br> GOVERNMENT'S MOTION FOR DETENTION |

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f) and 18 U.S.C. § 3184 (Fugitives from Foreign Countries to the United States).

1. **Eligibility of Case.** This case is eligible for a detention order because this case involves a serious risk the defendant will flee.

2. **Reason for Detention.** The Court should detain defendant because there are no conditions of release which will reasonably assure the defendant's appearance as required and the safety of any other person and the community.

3. **Time for Detention Hearing.** The United States requests the Court conduct the detention hearing at the initial appearance.

//

//

DATED this 15th day of October, 2013

Respectfully submitted,
JENNY A. DURKAN
United States Attorney

_/s/ Ye-Ting Woo_
YE-TING WOO
Assistant United States Attorney

MOTION FOR DETENTION- TRIFONOV - 2