AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

☐ FILED ☐ LODGED  ☐ ENTERED ☐ RECEIVED

OCT 17 2013   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

United States of America
v.

PLAMEN VLADIMIROV TRIFONOV
*Defendant*

Case No. MJ13-480

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PLAMEN VLADIMIROV TRIFONOV,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant has been convicted in the Republic of Bulgaria of human smuggling and negligent homocide. His arrest and extradition from the United States of America to the Republic of Bulgaria is requested pursuant to Title 18, U.S. Code, Section 3184.

Date: 09/27/2013

*Issuing officer's signature*

City and state:   Seattle, Washington

James P. Donohue, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/27/2013, and the person was arrested on *(date)* 10/11/2013
at *(city and state)* KIRKLAND, WA.

Date: 10/15/2013

*Arresting officer's signature*

CRAIG NELSON, DUSM
*Printed name and title*